UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 12-CIV-23200-ALTONAGA/SIMONTON

HARMONY INNOVATION SHIPPING LIMITED

    Plaintiff,

v.

IOF PTE, LTD, BHATIA INTERNATIONAL PTE., LTD, BHATIA INTERNATIONAL LTD., BHATIA GLOBAL TRADING LTD, FLEETMAR SHIPPING COMPANY LIMITED, GURU CORPORATION LIMITED, INDORE CORPORATION LIMITED, PATRIOTIC SERVICES INCORPORATED, GREGARIOUS ESTATE INCORPORATED,

_____/

## SMS' ANSWER TO PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Ship Management Services, Inc., ("SMS"), by and through its undersigned counsel hereby responds to the Process of Maritime Attachment and Garnishment served by Plaintiff HARMONY INNOVATION SHIPPING LIMITED as follows:

1.    SMS did not have possession, custody or control over any property of any defendant named in the Complaint on the date of service of the writ.

2.    SMS does not presently have possession, custody or control over any property of any defendant named in the Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF and, by mail for counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Respectfully submitted,**

**McALPIN CONROY, P.A.**
80 S.W. 8TH Street, Suite 2805
Miami, Florida 33130
Telephone: (305) 810-5400
Facsimile: (305) 810-5401

By:   *s:/Richard J. McAlpin*
       RICHARD J. McALPIN
       Florida Bar No. 438420
       RMcAlpin@McAlpinConroy.com
       CRAIG P. LISZT
       Florida Bar No. 63414
       CLiszt@McAlpinConroy.com

## SERVICE LIST

Michelle Otero Valdes, Esq.
Chalos & Co., P.C.
141 Almeria Avenue
Coral Gables, FL 33134
mov@chaloslaw.com
Via CM/ECF