UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

Case Number: 1:12-cv-23200-ALTONAGA/SIMONTON

HARMONY INNOVATION
SHIPPING LIMITED

    Plaintiff,

vs.

IOF PTE., LTD, BHATIA INTERNATIONAL
PTE., LTD., BHATIA INTERNATIONAL LTD.,
BHATIA GLOBAL TRADING LTD.,
FLEETMAR SHIPPING COMPANY LIMITED,
GURU CORPORATION LIMITED,
INDORE CORPORATION LIMITED,
PATRIOTIC SERVICES INCORPORATED,
GREGARIOUS ESTATE INCORPORATED.
    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed as to all defendants without prejudice by Plaintiff, HARMONY INNOVATION SHIPPING LIMITED, pursuant to Rule 41(a)(1)(A) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No Court costs are to be assessed to any party.

Dated: October 2, 2012
    Coral Gables, Florida

Respectfully submitted,

CHALOS & CO, P.C.

By:    s/ Michelle Otero Valdés
Michelle Otero Valdés, Esq.
Florida Bar No.: 14990
141 Almeria Avenue
Coral Gables, Florida 33134
Tel: (305) 377-3700
Fax: (866) 702-4577
Email: mov@chaloslaw.com

*Attorneys for Plaintiff*
HARMONY INNOVATION
SHIPPING LIMITED

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2012, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this way on all counsel of record of pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Michelle Otero Valdés

## SERVICE LIST

**HARMONY INNOVATION SHIPPING LIMITED v. IOF PTE., LTD., et al.**
**Case Number:1:12-cv-23200-ALTONAGA/SIMONTON**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**